**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-6580**

───────────────

CASEY RAFAEL TYLER,

        Plaintiff - Appellant,

    v.

JOHN SAPPER; MS. LEARY,

        Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-ct-03003-D)

───────────────

Submitted:  July 30, 2024                         Decided:  August 16, 2024

───────────────

Before WILKINSON, GREGORY, and RICHARDSON, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Casey Rafael Tyler, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler appeals the district court's orders granting Defendants' motion for summary judgment and granting in part and denying in part Tyler's motion to alter or amend the judgment in his action brought pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc to 2000cc-5.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's judgment and orders.  *Tyler v. Sapper*, No. 5:21-ct-02002-D (E.D.N.C. May 2, 2023; June 14, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*